# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEPHEN L. JORDAN & MARY A. JORDAN  
958 S. ARCADE AVENUE  
FREEPORT, IL 61032

Case Number: 05-72543  
SSN-xxx-xx-6863 & xxx-xx-2890

Case filed on: 5/18/2005  
Plan Confirmed on: 10/28/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $12,970.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 219 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF PUBLIC AID | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 3,854.41 | 3,854.41 | 0.00 | 0.00 |
| | Total Priority | 3,854.41 | 3,854.41 | 0.00 | 0.00 |
| 999 | STEPHEN L. JORDAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CREDIT UNION 1 | 16,000.00 | 16,000.00 | 6,477.27 | 2,339.87 |
| 002 | HEIGHTS FINANCE | 4,000.00 | 4,000.00 | 1,659.79 | 507.82 |
| 003 | JIM BERGAGWA | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | JIM BERGAGWA | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | CENTRIX LOAN PARTICIPATION FUND | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 20,000.00 | 20,000.00 | 8,137.06 | 2,847.69 |
| 001 | CREDIT UNION 1 | 8,200.78 | 8,200.78 | 0.00 | 0.00 |
| 002 | HEIGHTS FINANCE | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 2,072.39 | 2,072.39 | 0.00 | 0.00 |
| 006 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ACCOUNT RECOVERY SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BUSINESSMEN'S COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COLLECTION SYSTEMS OF FREEPORT INC | 910.03 | 910.03 | 0.00 | 0.00 |
| 012 | COMMONWEALTH ADMINISTRATORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CRUSADER CLINIC | 186.00 | 186.00 | 0.00 | 0.00 |
| 017 | DIVERSIFIED CONSULTANTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PREMIER BANKCARD/CHARTER | 411.75 | 411.75 | 0.00 | 0.00 |
| 020 | FREEPORT ANIMAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | FREEPORT HEALTH NETWORK | 82.29 | 82.29 | 0.00 | 0.00 |
| 022 | GENESIS FINANCIAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | KENT BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MX ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ARROW FINANCIAL | 294.51 | 294.51 | 0.00 | 0.00 |
| 028 | PROFESSIONAL COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD MERCANTILE AGENCY INC | 419.99 | 419.99 | 0.00 | 0.00 |
| 030 | RS & ASSOCIATES INTERNATIONAL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | STATE OF MISSISSIPPI | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | TATE & KIRLIN ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | THE MONROE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | VALENTINE & KEBARTAS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | AFNI/VERIZON | 1,754.31 | 1,754.31 | 0.00 | 0.00 |
| 039 | ASSET ACCEPTANCE CORP | 1,835.85 | 1,835.85 | 0.00 | 0.00 |
| 040 | NICOR GAS | 1,324.15 | 1,324.15 | 0.00 | 0.00 |
| | Total Unsecured | 18,492.05 | 18,492.05 | 0.00 | 0.00 |
| | Grand Total: | 43,546.46 | 43,546.46 | 9,337.06 | 2,847.69 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $12,184.75 |
| Trustee Allowance: | $785.25 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                           /s/ Lydia S. Meyer
                                           Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>11/01/2007</u>          By <u> /s/Heather M. Fagan</u>